UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV19-01876 JAK (PLAx) | Date | July 25, 2019 |
| Title | Vaghashia Family Limited Partnership et al. v. Prashant Vaghashia et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Not Reported |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER RE STIPULATION PERMITTING FILING OF OPPOSITION (DKT. 82); STIPULATIONS FOR EXTENSION OF TIME (DKTS. 79, 80)

Based on a review of the Stipulations among Plaintiffs and Defendants Pinal Doshi, Dhanajay Rawal, Castle Ranch Steakhouse LLC, and Pioneer Hotel Group (Dkt. 79); and Defendant Rakesh Kothari (Dkt. 80), each of these Defendants is represented by counsel, but those counsel have not yet appeared in this action. These Stipulations also provide that Plaintiffs intend to file a Motion for Leave to Amend the First Amended Complaint (the "Motion for Leave to Amend").

The Motion for Leave to Amend may raise issues related to those presented in the Motion to Stay or Dismiss filed by Defendants Century Hospitality Inc., Empire Hospitality Inc., Hot Springs Restaurant and Lounge Inc., Mita Vaghashia, Nidhi Vaghashia, Prashant Vaghashia, Vaghashia Family Management Inc., and Vaghashia Family Management Inc. (Dkt. 69) (the "Motion to Stay"). Plaintiffs and the moving Defendants have filed a Stipulation Permitting Filing of Opposition, which provides that Plaintiffs have not timely opposed the Motion to Stay. (Dkt. 82).

Based on the foregoing, the following deadlines are set:

| | |
|---|---|
| July 26, 2019 | Plaintiffs' counsel shall serve this Order on counsel for Pinal Doshi, Dhanajay Rawal, Castle Ranch Steakhouse LLC, Pioneer Hotel Group, and Rakesh Kothari by fax and email, and provide them with telephonic notice. Plaintiffs' counsel shall file proofs of service thereof. |
| July 30, 2019 | Counsel for Pinal Doshi, Dhanajay Rawal, Castle Ranch Steakhouse LLC, Pioneer Hotel Group, and Rakesh Kothari shall enter their respective appearances on the docket of this action. |
| August 2, 2019 | Plaintiffs shall file any Motion for Leave to Amend, which shall be set for hearing with the Motion to Stay on September 23, 2019. Pursuant to Standing Order 10(b), counsel shall attach as an appendix to the moving papers a "redline" version of the proposed amended pleading, showing all changes to the prior version of the complaint. |
| August 9, 2019 | Pinal Doshi, Dhanajay Rawal, Castle Ranch Steakhouse LLC, Pioneer Hotel Group, and Rakesh Kothari shall file a statement of their respective |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | LA CV19-01876 JAK (PLAx) | Date | July 25, 2019 |
| Title | Vaghashia Family Limited Partnership et al. v. Prashant Vaghashia et al. | | |

| | |
|---|---|
| | positions as to the Motion to Stay, including any briefing they wish to present on the Motion to Stay. |
| August 16, 2019 | Defendants shall file an Opposition or Notice of Non-Opposition to the Motion for Leave to Amend. |
| August 16, 2019 | Plaintiffs shall file an Opposition or Notice of Non-Opposition to the Motion to Stay. If Plaintiffs seek to oppose the Motion to Stay, they shall also file a separate request to file such Opposition, which shall explain the reason why it was not filed by the deadline of July 18, 2019, and why it should be accepted. The Court will determine whether the request will be granted at the hearing on the Motion to Stay, or in the order on the Motion to Stay, if no hearing is held. |
| August 23, 2019 | The parties shall file any replies in support of the Motion to Stay or the Motion for Leave to Amend. |

Pending review of the Motion for Leave to Amend and the positions of Pinal Doshi, Dhanajay Rawal, Castle Ranch Steakhouse LLC, Pioneer Hotel Group, and Rakesh Kothari as to the Motion to Stay, the Order to Show Cause re Dismissal for Lack of Prosecution (Dkt. 76) is continued to September 23, 2019.

**IT IS SO ORDERED.**

                                                    :

Initials of Preparer   ak